IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRIS BROKENBOUGH, | : | CIVIL ACTION |
| Petitioner, | : | |
| v. | : | NO. 02-3838 |
| DONALD T. VAUGHN, et al., | : | |
| Respondents. | : | |

**ORDER**

AND NOW, this          day of July, 2002, upon consideration of Relator's Petition for Writ of Habeas Corpus, it is hereby ORDERED that:

The District Attorney of Philadelphia County shall file specific and detailed answers **AND A BRIEF OR MEMORANDUM IN SUPPORT THEREOF** within twenty (20) days from the date of this Order pursuant to Rule 5, 28 U.S.C. fol. § 2254.

BY THE COURT:

_____
ARNOLD C. RAPOPORT
UNITED STATES MAGISTRATE JUDGE