IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRIS BROKENBOUGH, | : | CIVIL ACTION |
| Petitioner, | : | |
| v. | : | NO. 02-3838 |
| DONALD T. VAUGHN, et al., | : | |
| Respondents. | : | |

**ORDER**

AND NOW, this       day of July, 2002, upon consideration of the Motion for Enlargement of Time to File Response (Docket Entry No. 5), respondents' time for filing a response to the petition for writ of habeas corpus, is extended to September 8, 2002.

BY THE COURT:


_____
ARNOLD C. RAPOPORT
UNITED STATES MAGISTRATE JUDGE