IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRIS BROKENBOUGH | : | |
| | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-CV-3838 |
| DONALD T. VAUGHN | : | |

### ORDER

AND NOW, this 10th day of July, 2003, upon consideration of Petitioner's Petition For Enlargement Of Time To Respond To The Magistrate's Report and Recommendation (Doc. No. 15), it is ORDERED that the Petition is GRANTED.  Petitioner shall respond to the Report and Recommendation within thirty (30) days of the date of this Order.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, Judge