IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRIS BROKENBOUGH          :      CIVIL ACTION

    V.                         :

DONALD T. VAUGHN, et al.    :      NO. 02-3838

## MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO PETITIONER'S OBJECTIONS

**LYNNE ABRAHAM**, District Attorney of Philadelphia County, by **MARILYN F. MURRAY**, Assistant District Attorney, **THOMAS W. DOLGENOS**, Chief, Federal Litigation, on behalf of respondents, respectfully requests that the time for filing a response to petitioner's objections to the Magistrate Judge's Report and Recommendation in the habeas corpus action identified above be extended to September 15, 2003, and, in support thereof, states:

    1. Petitioner's objections to the Magistrate Judge's Report and Recommendation in the habeas corpus action identified above are due on August 11, 2003.

    2. Respondents will be unable to review petitioner's objections and file a response at that time as the assigned attorney will be out of the office from August 11, 2003, through Labor Day, September 1, 2003, for a long-planned vacation with her family. An enlargement of time to September 15, 2003, two weeks after her return to the office on September 1st, is accordingly requested.

WHEREFORE, respondents respectfully request that they be granted until September 15, 2003, in which to file their response to petitioner's objections to the Magistrate Judge's Report and Recommendation.

    Respectfully submitted,

    MARILYN F. MURRAY
    Assistant District Attorney
    THOMAS W. DOLGENOS
    Chief, Federal Litigation

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRIS BROKENBOUGH | : | CIVIL ACTION |
| V. | : | |
| DONALD T. VAUGHN, et al. | : | NO. 02-3838 |

## O R D E R

AND NOW, this      day of           , 2003, respondents' time for filing a response to petitioner's objections to the Magistrate Judge's Report and Recommendation is extended to September 15, 2003.

BY THE COURT:

_____
R. BARCLAY SURRICK, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRIS BROKENBOUGH : CIVIL ACTION

V. :

DONALD T. VAUGHN, et al. : NO. 02-3838

### CERTIFICATE OF SERVICE

I, MARILYN F. MURRAY, hereby certify that on August 7, 2003, a copy of the foregoing pleading was served by placing same, first class postage prepaid, in the United States Mail addressed to:

Chris Brokenbough, #BI-3312
SCI-Graterford
P.O. Box 244
Graterford, PA  19426-0244

_____
MARILYN F. MURRAY
Assistant District Attorney
District Attorney's Office
1421 Arch Street
Philadelphia, PA  19102
(215) 686-5704

August 7, 2003

Honorable R. Barclay Surrick
United States District Court
U.S. Courthouse
601 Market Street, Room 5118
Philadelphia, Pennsylvania 19106

        **Re:  Brokenbough v. Vaughn, et al.**
          **Civil Action No. 02-3838**

Dear Judge Surrick:

    Enclosed please find a copy of our Motion for Enlargement of Time to File Response to Petitioner's Objections, the original of which has been filed with the Clerk.

                                                               Respectfully submitted,

                                                               MARILYN F. MURRAY
                                                               Assistant District Attorney

Enclosure

cc: Chris Brokenbough